IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES P. BOHANAN,

                Petitioner,                                   ORDER

v.

                                                            13-cv-808-wmc

MICHAEL BAENEN, Warden,
Green Bay Correctional Institution,

                Respondent.

---

    State inmate James P. Bohanan seeks a writ of habeas corpus under 28 U.S.C. § 2254 to challenge a state court conviction from Dane County. The respondent has filed an answer and Bohanan's brief is due on September 3, 2014. Citing restrictions on the amount of time he is able to spend in the prison law library, Bohanan now seeks a court order directing prison officials to grant him additional access. Alternatively, Bohanan requests additional time to file his brief.

    Bohanan should understand that this court does not have any authority to act as a general reviewer of internal prison policies. The court's role is limited to protecting an inmate litigant from unconstitutional interference with his right to access the courts. Bohanan's motion raises no such constitutional concerns here because he was not prevented from filing his initial petition. The Constitution guarantees a prisoner litigant no more than the right to file a sufficiently-pled grievance with a court. *Lewis v. Casey*, 518 U.S. 343 (1996). Although a prison must provide legal resources sufficient to allow a prisoner properly to plead his civil suit, it has no constitutional obligation to provide legal resources that would enable that prisoner to litigate his suit effectively once it has been filed. *See id.* at 354; *see also*

*Smith v. Shawnee Library System*, 60 F.3d 317, 322 (7th Cir. 1995) (right of access to courts does not require the state to provide assistance beyond pleading stage).

So that Bohanan may have an adequate opportunity to prepare his brief, the court will grant his alternative request and extend the deadline for filing that brief by 60 days, up to and including November 3, 2014. Bohanan is directed to advise the court if additional time is needed.

## ORDER

It is ORDERED that the motion filed by petitioner James P. Bohanan (dkt. # 20) is GRANTED, in part. Bohanan's brief in support of his petition will be due no later than November 3, 2014. Respondent's brief in opposition will be due thirty days after Bohanan's brief is filed.

Entered this 8th day of August, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge