IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES P. BOHANAN,

                Petitioner,                              ORDER

    v.                                                                    13-cv-808-wmc

BRIAN FOSTER, Warden,
Green Bay Correctional Institution,

                Respondent.

State inmate James P. Bohanan has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 to challenge a state court conviction. The respondent has filed an answer along with state court records from that proceeding. Bohanan now moves to stay this federal habeas corpus proceeding so that he may return to state court to exhaust existing remedies with respect to a claim for ineffective assistance of counsel. The respondent does not oppose the stay. Accordingly, the court will grant Bohanan's request and will stay this case pending the outcome of further state proceedings.

ORDER

IT IS ORDERED THAT:

1. Petitioner James P. Bohanan's motion to stay (dkt # 25) is GRANTED and the clerk's office is directed to administratively close this case.

2. To reopen this case, Bohanan must advise the court and the respondent by filing a written motion to reinstate within thirty days of the completion of proceedings in the Wisconsin state courts.

Entered this 10th day of December, 2014.

                                            BY THE COURT:
                                            /s/
                                            WILLIAM M. CONLEY
                                            District Judge