IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES P. BOHANAN,

    Petitioner,

    v.

SCOTT ECKSTEIN, Warden, Green Bay
Correctional Institution,

    Respondent.

Case No. 13-cv-808-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying James Bohanan's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and dismissing this case.

| /s/ | November 17, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |