UNITED STATE COURT OF APPEALS FOR THE SEVENTH CIRCUIT

JAMES P. BOHANAN,

     Petitioner,

V.                                                         Case No. 13-CV-808-WMC

SCOTT ECKSTEIN, Warden, Green Bay,
Correctional Institution.

     Respondent.

## NOTICE OF APPEALS

     NOTICE is herby given that the above named Petitioner James P. Bohanan, in this matter seeks to appeal the court's decision made in the district court. Therefore, Mr. Bohanan move this United States Court of Appeals for the Seventh Circuit, from the final judgement on Writ of Habeas Corpus 28 U.S.C.§ 2254, entered in the action on the day of November 17, 2021, By District Judge William M. Conley.

Dated this 10 day of December, 2021.

                                                          Respectfully Submitted by

                                                          James P. Bohanan
                                                          Green Bay Correctional Inst.
                                                          P.O. Box 19033
                                                          Green Bay Wisconsin 54307