IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES P. BOHANAN,

    Petitioner,

v.

SCOTT ECKSTEIN,

    Respondent.

ORDER

13-cv-808-wmc

On November 17, 2021, the court dismissed the habeas petition filed by petitioner James P. Bohanan pursuant to 28 U.S.C. § 2254. Petitioner has now filed a notice of appeal from that order and requests leave to proceed *in forma pauperis*. (Dkt # 52). The court cannot consider this request, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For this appeal to proceed, petitioner must either pay the $505 appellate docketing fee by January 4, 2022, or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than January 4, 2022, petitioner James P. Bohanan shall pay the $505 appellate docketing fee or submit a certified copy of an inmate trust fund account statement for the period beginning approximately June 14, 2021 through at least December 14, 2021. If petitioner fails to pay the $505 appellate docketing fee, comply as directed, or show cause for failure to do so, then this appeal may be dismissed without further notice.

Entered this 14th day of December, 2021.

                BY THE COURT:

                /s/
                PETER OPPENEER
                Magistrate Judge